IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 24-CR-4079 |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) |
| vs. | ) Count 1 |
| | ) 18 U.S.C. §§ 2251(a) and 2251(e): |
| BRYCE JONATHON WHITE | ) Sexual Exploitation of Children |
| | ) |
| Defendant. | ) Count 2 |
| | ) 18 U.S.C. §§ 2252A(a)(2)(A) and |
| | ) 2252A(b)(1):  Receipt of Child |
| | ) Pornography |
| | ) |
| | ) Count 3 |
| | ) 18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) 2252A(b)(2):  Possession of Child |
| | ) Pornography |

The Grand Jury charges:

## Count 1

### Sexual Exploitation of Children

Between on or about August 1, 2023 and August 21, 2024, in the Northern District of Iowa and elsewhere, the defendant, BRYCE JONATHON WHITE, used, persuaded, induced, enticed, and coerced, and attempted to use, persuade, induce, entice, and coerce, minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, knowing and having reason to know that said visual depictions would be

1

transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 2

### Receipt of Child Pornography

Between on or about August 1, 2023, and August 21, 2024, in the Northern District of Iowa and elsewhere, the defendant, BRYCE JONATHON WHITE, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## Count 3

### Possession of Child Pornography

Between on or about August 1, 2023 and August 21, 2024, in the Northern District of Iowa and elsewhere, the defendant, BRYCE JONATHON WHITE, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), including a depiction involving a prepubescent minor or a minor who had not attained 12

2

years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a, iPhone 12 ProMax that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

██████████

Grand Jury Foreperson

10-16-24

Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

Kraig R. Hamit
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 10/17/2024
PAUL DE YOUNG, CLERK

3